**EXHIBIT D:**     **Picture of Bed Riser and Packaging Sold by Kennedy International, Inc.**

